# United States District Court

Northern _____ DISTRICT OF _____ California _____

Rick Futia

v.

Withers Food Service, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

CV 08 1207 HRL <!-- 1206 struck through -->

TO: (Name and address of defendant)

Withers Food Service, Inc.
4546 El Camino Real, B-10 #349
Los Altos, CA  94022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas N. Stewart, III
Attorney at Law
369 Blue Oak Lane, 2nd Floor
Clayton, CA  94517
Telephone (925) 672-8452
Telefax (925) 673-1729

an answer to the complaint which is herewith served upon you, within __20 (twenty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

Helen I. Almacen
CLERK

(BY) DEPUTY CLERK

DATE: FEB 2 8 2008