AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Northern _____ DISTRICT OF _____ California

Rick Futia

on Amended Complaint
**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: *1207*

Withers Food Service, Inc.,
John Pak, Jeehee Pak and
Mexport, Inc.

CV 08-~~1206~~ HRL

TO: (Name and address of defendant)

Withers Food service, Inc.
4546 El Camino Real, B-10 #349
Los Altos, CA   94022

John and Jeehee Pak
Mexport, Inc.
1140 South De Anza Blvd., #D
San Jose, CA   95129

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas N. Stewart, III
Attorney at Law
369 Blue Oak Lane, 2nd Floor
Clayton, CA   94517
Telephone (925) 672-8452
Telefax (925) 673-1729

an answer to the complaint which is herewith served upon you, within   20 (twenty)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK

DATE: _____

_____
(BY) DEPUTY CLERK