1  Stephen E. Horan, Esq. (SBN 125241)
   PORTER SCOTT
   350 University Avenue, Suite 200
2  Sacramento, CA 95825
   Tel: 916.929.1481
3  Fax: 916.927.3706

   Attorneys for Defendant,
4  WITHERS FOOD SERVICE, INC.

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9  RICK FUTIA,                          No. CV08 1207-HRL

10        Plaintiff(s),                 **CONSENT TO PROCEED BEFORE A**
                                        **UNITED STATES MAGISTRATE JUDGE**
11     v.

   WITHERS FOOD SERVICE, INC., et al.
12

13        Defendant(s).
                                       /
14

15        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21 Dated: MAY 5, 2008                   _____
                                        Signature: STEPHEN E. HORAN, ESQ.
22
                                        Counsel for Defendant Withers Food Service, Inc.
23                                      (Plaintiff, Defendant or indicate "pro se")